A.2d 1261 (2000) and *Commonwealth v. Zhahir*, 561 Pa. 545, 751 A.2d 1153 (2000).

■

Lorenzo L. MIXON, Nathaniel Brown, Dolores Figueroa, Joseph Hill, Jeffrie S. McKinzie, William P. Alston and Maureen Williams, Appellants,

v.

COMMONWEALTH of Pennsylvania and Kim Hanna Pizzingrilli, Secretary of the Commonwealth, Appellees.

Supreme Court of Pennsylvania.

Oct. 30, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of October, 2001, the order of the Commonwealth Court is AFFIRMED.